Norman C. Kleinberg
Theodore V. H. Mayer
William J. Beausoleil
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000

Paul F. Strain
M. King Hill, III
David J. Heubeck
VENABLE LLP
750 E. Pratt Street, Suite 900
Baltimore, Maryland 21202
(410) 244-7400

*Attorneys for Defendant Merck & Co., Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------x
IN RE:                                          :
Fosamax Products Liability Litigation           :    1:06-md-1789 (JFK)
                                                :
---------------------------------------------------x
*This Document Relates to:*                     :    **NOTICE OF APPEARANCE**
Jacqueline A. Lee, individually, as next        :
of kin of and as Personal Representative        :
of the Estate of Velda M. Lee, deceased         :
v. Merck & Co., Inc.                            :
                                                :
Case No: 1:08-cv-6132-JFK                       :
---------------------------------------------------x

      PLEASE TAKE NOTICE that David J. Heubeck hereby enters his appearance as counsel of record in the above referenced causes of action. All inquiries, pleadings and court documents should be filed and served upon the undersigned.

Dated: August 8, 2008
   New York, New York                      Respectfully submitted,


                                           By:              /s/
                                              David J. Heubeck


                                              Venable LLP
                                              750 E. Pratt Street, Suite 900
                                              Baltimore, Maryland 21202
                                              Tel:  (410) 244-7731
                                              Fax: (410) 244-7742
                                              Email: djheubeck@venable.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 8, 2008, the foregoing NOTICE OF APPEARANCE was filed electronically and served electronically, pursuant to the Court's Case Management Order, via the Court's CM/ECF system.

                                                   /s/
                                    David J. Heubeck

                                    Venable LLP
                                    750 E. Pratt Street, Suite 900
                                    Baltimore, Maryland 21202
                                    Tel:  (410) 244-7731
                                    Fax:  (410) 244-7742
                                    Email: djheubeck@venable.com